The People of the State of New York, Respondent, v. Jacob Lemon, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Harry Olsen, Appellant.—Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. William A. De Groot, Appellant, v. James F. McLaughlin, Respondent.— Judgment and order affirmed, without costs. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Emma V. Gerwitz, Relator, v. The Warden, Deputy Warden and Keeper of Kings County Jail, and the Sheriff, etc., Respondents.— Order affirmed by default. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sargent & Company, Plaintiff, v. John D. Demerest, Respondent, Impleaded with John Kennedy and Others, Appellants, and Collins, Lavery & Company, Respondent, and Others, Defendants.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Julia W. A. Siebrecht, Appellant, v. Henry A. Siebrecht, Jr., Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.